IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:22-CR-0089 (BKS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **NOAH FELICE,** | ) Violation:   18 U.S.C. § 1001(a) |
| | )                   [False Statement] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

**COUNT 1**
[False Statement]

On or about September 11, 2017, in Onondaga County in the Northern District of New York, the defendant, **NOAH FELICE**, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that, while completing a Form 8500-8 application that he submitted to the Federal Aviation Administration, he stated that he had no history of criminal convictions and had never received medical disability benefits, when, as the defendant then well knew, he had been convicted of multiple prior misdemeanor offenses and was receiving disability benefits from the Department of Veterans affairs at the time he completed the application, in violation of Title 18, United States Code, Section 1001(a)(2).

Dated: ~~February 4, 2022~~ March 23, 2022 *GTS*

A TRUE BILL

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Thomas R. Sutcliffe
Assistant United States Attorney
Bar Roll No. 700766

2